| | |
|---|---|
| 1 | LAWRENCE G. BROWN <br> United States Attorney |
| 2 | |
| 3 | ADAIR F. BOROUGHS <br> Trial Attorney, Tax Division |
| 4 | U.S. Department of Justice <br> P.O. Box 683, Ben Franklin Station |
| 5 | Washington, D.C. 20044-0683 <br> Telephone: (202)305-7546 |
| 6 | E-mail: adair.f.boroughs@usdoj.gov |
| 7 | Attorney for the United States of America |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GARY R. PITTS, | ) | |
| | ) | Civil No. 1:09-CV-00455-AWI-DLB |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND REQUEST FOR** |
| v. | ) | **ORDER EXTENDING TIME FOR** |
| | ) | **DEFENDANT TO ANSWER** |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant United States of America and Plaintiff Gary R. Pitts, by counsel undersigned, hereby stipulate and agree to request an order extending the time for Defendant United States of America to answer or otherwise respond to the complaint filed by the Plaintiff on March 9, 2009, from May 26, 2009, to June 26, 2009.

The parties so stipulate and agree and request the Court to enter an order in accordance with the foregoing.

                                                        LAWRENCE G. BROWN
                                                        United States Attorney

Dated: May 7, 2009                               /s/ Adair F. Boroughs
                                                        ADAIR F. BOROUGHS
                                                        Trial Attorney, Tax Division
                                                        U.S. Department of Justice

| | |
|---|---|
| | Attorney for the United States of America |
| Dated: May 6, 2009 | /s/ Kurt F. Vote (as authorized on 5/6/09) <br> KURT F. VOTE <br> McCormick, Barstow, Sheppard, <br> Wayte & Carruth, LLP |
| | Attorney for Plaintiff Gary Pitts |

**ORDER**

**IT IS ORDERED THAT** the time for Defendant United States of America to answer or respond to Plaintiff's complaint filed on March 9, 2009, is extended to June 26, 2009.

IT IS SO ORDERED.

**Dated:   May 8, 2009**            **/s/ Anthony W. Ishii**
                                    CHIEF UNITED STATES DISTRICT JUDGE