1  Kurt F. Vote, # 160496
   McCormick, Barstow, Sheppard,
2  Wayte & Carruth LLP
   P.O. Box 28912
3  5 River Park Place East
   Fresno, CA  93720-1501
4  Telephone:    (559) 433-1300
   Facsimile:    (559) 433-2300
5
   Attorney for Plaintiff
6  GARY R. PITTS

(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GARY R. PITTS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No.  1:09-CV-00455-AWI-DLB<br><br>**PROPOSED STIPULATION AND REQUEST FOR ORDER CONTINUING SCHEDULING CONFERENCE AND RELATED DATES**<br><br>Current Scheduling Conference:<br><br>Date: June 11, 2009<br>Time: 8:30 a.m.<br>Ctrm: 9<br><br>Proposed Scheduling Conference:<br><br>　Date: July 21, 2009<br>Time: 9:30 a.m.<br>Ctrm: 9 |

In light of the Court's prior Order approving the parties' Stipulation that Defendant's time to answer or otherwise respond to the Complaint filed by the Plaintiff be extended from May 26, 2009, to June 26, 2009, Plaintiff Gary R. Pitts and Defendant United States of America, by counsel undersigned, hereby stipulate and agree to request an order continuing the Scheduling Conference in this matter from June 11, 2009, to July 21, 2009.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

PROPOSED STIPULATION & ORDER

The parties so stipulate and agree and request the Court to enter an order in accordance with the foregoing. The parties further stipulate to accordingly extend the time for them to meet pursuant to Rule 26(f) for purposes of a Joint Case Management Conference through June 30, 2009; to file a Joint Case Management Conference Statement and Fed. R. Civ. P. 26(f) Report through July 14, 2009; and to make all required disclosures under Rule 26(a) through August 4, 2009.

Dated: May 13, 2009

Respectfully submitted,

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/
Kurt F. Vote
Attorney for Plaintiff
GARY R. PITTS

Dated: May 13, 2009

Respectfully submitted,

LAWRENCE G. BROWN
United States Attorney

By: /s/
Adair F. Boroughs
Trial Attorney, Tax Division
U.S. Department of Justice
Attorney for Defendant
UNITED STATES OF AMERICA

\\\
\\\
\\\
\\\
\\\
\\\
\\\

# ORDER

**IT IS ORDERED THAT** the Scheduling Conference in this case is continued from June 11, 2009, to July 21, 2009 at 9:30 a.m. in Courtroom 9. As a result, the time for the parties to meet pursuant to Rule 26(f) for purposes of a Joint Case Management Conference is extended through June 30, 2009; to file a Joint Case Management Conference Statement and Fed. R. Civ. P. 26(f) Report is extended though July 14, 2009; and to make all required disclosures under Rule 26(a) is extended through August 4, 2009.

Dated: May 18, 2009

/s/ *Dennis L. Beck*
Hon. Dennis L. Beck
U. S. MAGISTRATE JUDGE

1394399.v1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

3

PROPOSED STIPULATION & ORDER